CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 0 2 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TROY D. DREW,<br>    Plaintiff, | Civil Action No. 7:07-cv-00428 |
| v. | **FINAL ORDER** |
| JOHN JABE, <u>et al.</u>,<br>    Defendants. | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that Drew's complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g); Drew's request to proceed <u>in forma pauperis</u>, his motion for subpoena duces tecum (docket #6), and his motion for appointment of counsel (docket #5) are all **DENIED as MOOT**; and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to a send certified copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 1st day of October, 2007.

_____
United States District Judge